# United States District Court
## Violation Notice

NP24103449

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WA4 | 9021949 | B. Sullivan | 892 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 5/2/24  8:27pm | 36 CFR 4.2 565-105 AFC |

Place of Offense

Park Ave / Edgewood

Offense Description: Factual Basis for Charge        HAZMAT ☐

Driving w/ suspended license

### DEFENDANT INFORMATION

Last Name: Smith
First Name: Jason

Street Address: ████████████

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | 24 | Honda N'550 | | BLK |

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____  Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov →  $ _____  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9021949*

CVB SCAN 06/27/2024 15:39

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 2nd, 2024 while exercising my duties as a law enforcement officer in the western District of Arkansas

see attached

The foregoing statement is based upon:

X my personal observation    X my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 5/2/2024    [signature] B. Sull
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 06/27/2024 15:39